IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:97CR117-8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY W. WOMOCHIL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to continue dispositional hearing (filing 582) is granted;

(2) Defendant Womochil's dispositional hearing before the undersigned United States district judge is rescheduled to Friday, September 30, 2005, at 11:00 a.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 26, 2005.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge