IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:97CR117-8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY W. WOMOCHIL, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of government's counsel, and with the agreement of defense counsel,

IT IS ORDERED that Defendant Womochil's dispositional hearing before the undersigned United States district judge is rescheduled to Thursday, October 6, 2005, at 4:30 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 26, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge