**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.                                    Case Number 8:97CR117
                                      USM Number: 15212-047

**JEFFERY W. WOMOCHIL**
        **Defendant**

                                      Jessica Milburn
                                      Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** admitted guilt to violation of Standard Condition #7 and Special Condition #5 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation:

| Allegation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 (Standard Condition #7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | June 17, 2005 |
| 2 (Special Condition #5) | Pursuant to 18 U.S.C. § 3583(d), the defendant shall submit to a drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance. Further, the defendant shall submit to such testing as requested by a probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances. Based on the defendant's ability to pay, the defendant shall pay for the collection fo urine samples to be tested for the presence of alcohol and/or controlled substances in an amount to be determined by the probation officer. | June 6, 2005 |

        **Original offense:** Conspiracy to Distribute Cocaine in violation of 21 U.S.C. 846.

The defendant is sentenced as provided on page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegation #3 of the Amended Petition for Offender Under Supervision (filing 587) is withdrawn by the Government.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
October 6, 2005


s/ Richard G. Kopf
United States District Judge

October 11, 2005

## IMPRISONMENT

The conditions of supervised release are revoked. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months with no supervised release to follow**.

The Court makes the following recommendation to the Bureau of Prisons:

1. That the defendant be placed at the camp at Yankton, South Dakota.

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this \_\_\_\_ day of _____, _____

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the \_\_\_\_ day of _____, \_\_\_\_\_ to _____, with a certified copy of this judgment.

_____  
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this \_\_\_\_ day of _____, _____

_____  
UNITED STATES WARDEN

By:_____

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a  
document which was electronically filed with the  
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk